UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

KRISTINA MILLER,                    )
                                    )
        Plaintiff,                  )
                                    )   Case No:  1:20-cv-45
    vs                              )
                                    )
LIFE INSURANCE COMPANY OF           )
NORTH AMERICA,                      )
                                    )
        Defendant.                  )

## COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF

Comes now the Plaintiff, Kristina Miller, by counsel, Ashley D. Marks, and for her complaint for Damages against Defendant, Life Insurance Company of North America ("LINA") states as follows:

### I.  Parties and Jurisdiction

1.      That Plaintiff is a citizen of the State of Indiana residing in Marion County.

2.      That Defendant administers a welfare benefit plan for the employees of Community Health Network, Inc., a domestic nonprofit corporation doing business in the State of Indiana.

3.      That Defendant, provides disability insurance coverage to participants working in the County of Marion, State of Indiana.

4.      That Community Health Network, Inc. has contracted with LINA to provide long term disability insurance to its qualified employees.

5.     That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1).

## II. Factual Allegations

6.     That Plaintiff was an employee of Community Health Network, Inc., 13050 Parkside Drive, Fishers, Indiana 46038, where in her capacity as a Network Property – Facilities Call Center Agent, she was a participant in the Plan.

7.     That Plaintiff stopped working on October 3, 2017, due to her conditions and applied for long-term disability benefits and was denied benefits under the aforementioned insurance policy.

8.     That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

9.     That Defendant has wrongfully refused to award Plaintiff continuing disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under her policy and the Plan.

10.     Defendant's decision denying her disability benefits was arbitrary and capricious.

11.     LINA is the payer of the claim.

12.     LINA has a financial interest in the outcome of the claim.

13.     LINA has a conflict of interest in that LINA must decide whether the claim should be paid, and then make the payments on the claim if it so chooses.

14.     That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against Defendant, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, penalties for their fiduciary violation, and for all other just and proper relief in the premises.

Respectfully submitted,

 _/s/ Ashley D. Marks_____
Ashley D. Marks
CHARLES D. HANKEY LAW OFFICE, PC
434 E. New York Street
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
adm@hankeylaw.com